# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D16-3246

_____

GENEROSO LLEO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Taylor County.
Gregory S. Parker, Judge.

February 14, 2018

PER CURIAM.

AFFIRMED.

ROBERTS, RAY, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Mark Graham Hanson and Maria Ines Suber, Assistant Public Defenders, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Robert "Charlie" Lee and Trisha Meggs Pate, Assistant Attorneys General, Tallahassee, for Appellee.